# United States District Court

SOUTHERN      DISTRICT OF      FLORIDA

UNITED STATES OF AMERICA

V.

NICOLO MARIANI

TO: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

CASE NUMBER: 00-6088 CR-UNGARO-BENAGES

MAGISTRATE JUDGE BROWN

FILED by ___ D.C.
APR 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

YOU ARE HEREBY COMMANDED to arrest  NICOLO MARIANI
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

Conspiracy to commit RICO, Hobbs Acts, Extortionate Collection of Credit; Interstate Gambling

in violation of Title 18 United States Code, Section(s)  894, 1951, 1955, 1962(d)

CLARENCE MADDOX                         COURT ADMINISTRATOR/CLERK OF THE COURT
Name of Issuing Officer                 Title of Issuing Officer

*[signature: Jenny Butler]*              04/04/00      FORT LAUDERDALE, FLORIDA
Signature of Issuing Officer             Date and Location

                                         *[signature: Lurana S. Snow]*
                                         LURANA S. SNOW
Bail fixed at $ PRETRIAL DETENTION  *requested*  by CHIEF UNITED STATES MAGISTRATE JUDGE
                                         Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _NICOLO MARIANI_

ALIAS: _____

LAST KNOWN RESIDENCE: _500 S. Ocean Blvd., Apt. 1608, Boca Raton, FL_

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _04/04/65_

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _FBI, S/A Darin Sachs, 16320 N.W. 2nd Avenue, North Miami Beach, FL 33169_