# COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON**  DATE: 5/3/00     TIME: 10:00 AM  *10:20 am*

DEFT. NICOLO MARIANI (J)     CASE NO. 00-6088-CR-UUB

AUSA. MICHAEL DITTOE     ATTY.

AGENT.     VIOL. RICO/MONEY LAUNDERING/EXTORTION
18:1962, 1963, 1955, 1956

PROCEEDING INITIAL     BOND. PTD (GOVT REQUEST)

DISPOSITION: Defendant advised of rights. Report re: counsel, Pretrial Detention & Arraign set for 5/5/00 @ 10 am. Indictment is unsealed.

MAY 05 2000
Rec'd in MIA Dkt

FILED BY ___ S ___
00 MAY -3 PM 12:29
CLARENCE MADDOX
CLERK US DIST. CT.
S.D. OF FLA. - WPB

DATE: 5/3/00     TAPE: LRJ-00- 32-317