## COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON**   DATE: 5/5/00   TIME: 10:00 AM

DEFT. NICOLO MARIANI (J)   CASE NO. 00-6088-CR-UUB

AUSA. MICHAEL DITTOE   ATTY. CHRISTOPHER GRILLO - TEMP

AGENT.   VIOL. RICO/MONEY LAUNDERING/FRAUD 18:1962, 1963, 1955, 1956

PROCEEDING  RRC, PTD AND ARRAIGN   BOND. NO BOND

DISPOSITION  Defendant waived Pretrial Detention today. Matter reset to 5/12/00 @ 10am for Report re: counsel, Pretrial Detention and Arraignment before duty Magistrate Judge.

MAY 0 9 2000
Rec'd in MIA Dkt

FILED by
00 MAY -5 PM 3:24
CLAREN[CE] MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - WPB

DATE: 5/5/00   TAPE: LRJ-00- 32-1950