UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6088-CR-UNGARO-BENAGES

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

NICOLO MARIANI,

    Defendant.
_____/

### ORDER UNSEALING INDICTMENT

THIS CAUSE came before the Court upon the arrest of the Defendant. It is therefore

ORDERED AND ADJUDGED that the Indictment is hereby UNSEALED.

DONE AND ORDERED at West Palm Beach, Florida, this 3rd day of May, 2000.

                LINNEA R. JOHNSON
                CHIEF U.S. MAGISTRATE JUDGE

MAY 0 8 2000

Rec'd in MIA Dkt _____

```
[docket  ]                    CIVIL/CRIMINAL                      [vdkttext]
4. Queries                      Docketing


  Docket #    : 0:00-cr-6088                                          STB
  Short Title: USA              v. Minuto
  Type: cr         Judge: Ungaro-Benages       Magistrate:
  ----------------------------------------------------------------------
  -

  ----------------------------------------------------------------------
  -
                 Summary of Event that Created the Document

  Filed      Entry Date  Last Update       History ID      Docketed by
  5/2/00      5/5/00      **/**/**          3975286            tb
      +------------------------------------------------------------+
      Indictment unsealed as to Marco Minuto, Nicolo Mariani,
      Joseph Minuto, Marcello Grasso, Alex Torrente, Chris Greco,
      Julio Perez, Angel Hernandez, Jorge Ravelo


      +viewing docket text----------------------------------------+
Transaction: kindi uns -/ -/ - - -

Command mode (? for commands)
```