UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6088-CR-UNGARO-BENAGES

UNITED STATES OF AMERICA,

Plaintiff,

NICOLO MARIANI,

Defendant.
_____/



## ORDER

THIS CAUSE came before the Court on May 5, 2000 for Report re: Counsel Pretrial Detention and Arraignment. Upon request of both parties and with consent by the Defendant, the Court hereby

ORDERED AND ADJUDGED that this matter is hereby reset to May 12, 2000 at 10:00 A.M. for Report re: Counsel, Pretrial Detention and Arraignment.

DONE AND ORDERED at West Palm Beach, Florida, this 5th day of May, 2000.

LINNEA R. JOHNSON
CHIEF U.S. MAGISTRATE JUDGE

Copies provided to:

Honorable Ursula Ungaro-Benages ~~Donald M. Middlebrooks~~
Michael Dittoe, AUSA
Christopher Grillo, Esq.
Pretrial Services