UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: _00-6088-CR-UUB_

UNITED STATES OF AMERICA,

vs.

_Nicolo Mariani_

## WAIVER

I, _Nicolo Mariani_, the above-named defendant, being advised of the nature of the charge(s) pending against me in the U.S. District Court, Southern District of Florida, hereby acknowledge the following facts to be true:

1) I have been fully advised of my rights, specifically my right to _Pretrial Detention hearing on 5/5/00_.

2) I possess full knowledge and understanding of the charges pending against me in this case.

3) Of my own free will, I do hereby refuse and waive in open court on _5/5/00_, my right to _Pretrial Detention hrg today_.

DATED: _5/5/00_

_____
Defendant

_____
Counsel for Defendant

### MAGISTRATE JUDGE'S CERTIFICATE

The undersigned United States Magistrate Judge certifies that the defendant, having been advised of his Constitutional rights, has refused and waived his/her right to _Pretrial Detention hearing on 5/5/00_.

DATED this _5th_ day of _May_, 2000, at _WPB, Fl_, Southern District of Florida.

TAPE NO. _00-32-1950_

c: AUSA
   Defense Counsel
   Pretrial Services/Probation
   U.S. Marshal

_Linnea R. Johnson_
UNITED STATES MAGISTRATE JUDGE

Rec'd in MIA Dkt _5-9-00_