UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NICOLO MARIANI,

    Defendant.

_____/

CASE NO.  00-6088Cr-Ungaro-Benages

JUDGE:  UNGARO-BENAGES

MAGISTRATE - JOHNSON

## MOTION TO CONTINUE PRE-TRIAL DETENTION HEARING AND ARRAIGNMENT

    COMES NOW the Accused, NICOLO MARIANI, by and through his undersigned counsel, hereby requests this Honorable Court grant a postponement of the Pre-trial Detention hearing and Arraignment Dates in this matter which are currently scheduled for Friday, May 12, 2000 at 10:00 a.m., and as grounds for this motion would submit the following:

    1.  The Defendant Nicolo Mariani's case is presently scheduled for Pre-trial Detention hearing and Arraignment on Friday, May 12, 2000 at 10:00 a.m. before the Honorable Magistrate Johnson.

    2.  The Defendant would request additional time within which to prepare for this pre-trial detention hearing.   Undersigned counsel is in the process of arranging for the appearance of various out of town witnesses including his parents who have requested additional time to rearrange their schedules.

    3.  The Defendant's father has just been released from the hospital in New York after undergoing knee surgery, and will likely be a witness at his son's bond hearing.  The airports in New York were experiencing Twelve (12) hour delays and numerous cancellations due to bad weather in New York on Wednesday, May 10, 2000, further complicating travel schedules.

MAY 1 5 2000

Rec'd in MIA Dkt _____

1

4. Prior to the scheduling of this matter for hearing on Friday, May 12, 2000, Undersigned counsel had scheduled a Motion to Suppress on an unrelated case in Broward County, Florida at 11:00 a.m. before the Honorable Judge Lee. Said hearing was set in open court on April 27, 2000 and witnesses for the State have already been subpoenaed. Defense counsel also has another motion to suppress on a ready trial matter for Friday, May 12, 2000 at 2:00 p.m.

5. Undersigned counsel has attempted to contact AUSA Michael Ditto regarding his position on this matter, but at the filing of this motion has been unable to do so.

6. This motion is made in good faith and not for purposes of delay or for any other reason not known to this Honorable Court. The Defendant specifically requests this postponement so his parents and witnesses will be available to testify.

WHEREFORE, for the foregoing reasons, the Accused would pray this motion be granted and the Arraignment and Detention Hearing be reset for the week of May 15, 2000. We further request the hearings be held in Miami, Florida as travel arrangements are simpler for the witnesses.

I HEREBY CERTIFY that a copy of the foregoing Motion to Continue the Pre-trial Detention hearing and Arraignment has been provided by facsimile and U.S. mail to Michael Ditto c/o the United States Attorney's Office, 299 E. Broward Boulevard, Fort Lauderdale, Florida, this _11th_ day of May, 2000.

Respectfully submitted,

CHRISTOPHER A. GRILLO, P.A.
Counsel for Accused
1 East Broward Boulevard, #700
Fort Lauderdale, FL 33301
(954) 524-1125


CHRISTOPHER A. GRILLO, ESQ.
Florida Bar No. 302661

2