UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NICOLO MARIANI,

    Defendant.
_____/

CASE NO. #00-6088Cr-Ungaro-Benages

JUDGE: UNGARO-BENAGES

MAGISTRATE - JOHNSON

## ORDER TO RESET PRE-TRIAL DETENTION HEARING AND ARRAIGNMENT

THIS CAUSE, having come before this Honorable Court on Defendant's Motion to Reset Pretrial Detention hearing and Arraignment, and the Court being otherwise fully advised in the premises, it is hereby;

ORDERED AND ADJUDGED that said motion is __GRANTED__.

IT IS FURTHER ORDERED that these matters shall be rescheduled for hearing on Thursday, May 18, 2000 at 10:00 A.M. (Report re: Counsel is also set for 5/18/00)

DONE AND ORDERED in Palm Beach County, West Palm Beach, Florida, this 11th day of May, 2000.

LINNEA JOHNSON
U.S. MAGISTRATE

Copies furnished to:

Michael Ditto, AUSA
Christopher A. Grillo, Esq.

MAY 1 5 2000

Rec'd in MIA Dkt _____

