UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO:00-6088-CR-UNGARO-BENAGES/BROWN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

NICOLO MARIANI,

    Defendant.
_____/

## ORDER RESETTING ARRAIGNMENT AND PRE-TRIAL DETENTION HEARING

THIS CAUSE, having come before this Honorable Court on Defendant's Motion to Reconsider Rescheduling Pre-trial Detention hearing and Arraignment, and the Court being otherwise fully advised in the premises, it is hereby,

ORDERED AND ADJUDGED that said motion is GRANTED.

IT IS FURTHER ORDERED that these matters shall be rescheduled for hearing on Wednesday, May 31, 2000 at 10:00 am before the Honorable Linnea R. Johnson, Chief United States Magistrate Judge in West Palm Beach, Florida.

DONE AND ORDERED in West Palm Beach, Florida this ___19___ day of ___May___, 2000.

ANN E. VITUNAC
UNITED STATES MAGISTRATE JUDGE

C:   Christopher A. Grillo, Esquire
      United States Attorney (Michael Dittoe)
      United States Pretrial Service
      United States Marshal Service

MAY 23 2000

Rec'd in MIA Dkt _____

