UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.00-6088-CR-UNGARO-BENAGES

UNITED STATES OF AMERICA,

vs.

NICOLO MARIANI,
         Defendant.
_____/

### ARRAIGNMENT INFORMATION SHEET

The above-named Defendant appeared before **Chief U.S. Magistrate Judge Johnson**, where the Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge** **assigned to this case**. The following information is current as of this date:

**Defendant:**  Jail No.:_____

        Language: ENGLISH

        Address: IN CUSTODY

        Tel. No:_____

**Defense Counsel:**  Name: FEDERAL PUBLIC DEFENDER

        Address: 400 AUSTRALIAN AVE NORTH

               WEST PALM BEACH, FL 33401

        Tel. No: 561-833-6388

**Bond Set/Continued:**  $ PRETRIAL DETENTION

Dated this 31st day of May, 2000.

CLARENCE MADDOX, CLERK

BY _____
     Deputy Clerk

TAPE NO. LRJ-00-40-1039
DIGITAL START NO._____