# COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON**   DATE: 5/31/00   TIME: 10:00 AM

**DEFT.** NICOLO MARIANI (J)   **CASE NO.** 00-6088-CR-UUB

**AUSA.** MICHAEL DITTOE   **ATTY.** CHRISTOPHER GRILLO

**AGENT.**   **VIOL.** RICO/MONEY LAUNDERING/FRAUD 18:1962, 1963, 1955, 1956

**PROCEEDING** RRC, PTD AND ARRAIGN   **BOND.** NO BOND

**DISPOSITION** Jury Trial set 6/19/00

Deft waived PTD hearing. Defendant held in pretrial ~~detention~~ detention. Pretrial Detention Hearing may be requested in future. Federal Public Defender appointed. Defendant arraigned.

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order Requested.

DATE: 5/31/00   TAPE: LRJ-00- 40-1039