UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 00-6088-CR-UUB

UNITED STATES OF AMERICA,

   Plaintiff,

vs.

Nicolo Mariani
   Defendant.
_____

This cause came before the Court and pursuant to proceedings held, it is thereupon

**ORDERED AND ADJUDGED** as follows:

Federal Public Defender is hereby appointed as counsel of record.

DONE AND ORDERED at West Palm Beach, Florida this 31st day of May, 2000.

TAPE NO: LRJ-00-40-1039

_____
UNITED STATES MAGISTRATE JUDGE
LINNEA R. JOHNSON

c: AUSA
   Defense Counsel
   Pretrial Services
   U.S. Marshal