UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 00-6088-Cr-Ungaro-Benages

UNITED STATES OF AMERICA

        Plaintiff,

vs.

NICOLO MARIANA,

        Defendant.
_____/

### DEFENDANT'S INVOCATION OF RIGHT TO SILENCE AND COUNSEL

but not limited to, matters that may bear on or relate to arrest, searches and seizures, bail, pretrial release or detention, evidence at trial, guilt or innocence, forfeitures, or that may be relevant to sentencing, enhanced punishments, factors applicable under the U.S. Sentencing Guidelines, restitution, immigration status or consequences resulting from arrest or conviction, appeals or other post-trial proceedings.

The defendant requests that the U.S. Attorney ensure that this invocation of rights is honored, by forwarding a copy of it to all law enforcement agents, government officials, or

employees associated with the investigation of any matters relating to the defendant. Any contact with the defendant must be made through the defendant's lawyer, undersigned counsel.

                        Respectfully submitted,

                        KATHLEEN M. WILLIAMS
                        FEDERAL PUBLIC DEFENDER

BY: _____
                        Kenneth M. Swartz
                        Supervisory Assistant Federal Public Defender
                        Florida Bar No. 331929
                        150 West Flagler Street
                        Suite 1700
                        Miami, Florida 33130-1556
                        Tel: 305-530-7000
                        Fax: 305-536-4559

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been served via U.S. Mail upon the United States Attorney's Office, 99 N. E. 4th Street, Miami, Florida 33132-2111, this 2 day of June, 2000.

_____
Kenneth M. Swartz

F:\DelValleM\WPDOCS\A-SWARTZ\Mariani\SILENCE.MOT

3