UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 00-6088-CR-UUB

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Nicolo Mariani
    Defendant.

_____

This cause came before the Court and pursuant to proceedings held, it is thereupon

**ORDERED AND ADJUDGED** as follows:

Defendant waived Pretrial Detention Hearing. Defendant held in Pretrial Detention with right to revisit issue in future.

**DONE AND ORDERED** at West Palm Beach, Florida this 31st day of May, 2000.

TAPE NO: LRJ-00- 40-1039

UNITED STATES MAGISTRATE JUDGE
LINNEA R. JOHNSON

c: AUSA
   Defense Counsel
   Pretrial Services
   U.S. Marshal