UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 00-6088-Cr-Ungaro-Benages

UNITED STATES OF AMERICA

        Plaintiff,

vs.

NICOLO MARIANA,

        Defendant.

_____/

## NOTICE OF ASSIGNMENT

    The Federal Public Defender's Office for the Southern District of Florida gives notice that

the above-captioned case has been assigned to Assistant Federal Public Defender Kenneth M.

Swartz.  Please direct any future inquiries, pleadings or correspondence to Mr. Swartz on behalf

of the Defendant Nicolo Mariani.

                  KATHLEEN M. WILLIAMS
                  FEDERAL PUBLIC DEFENDER

BY: _____
                  Kenneth M. Swartz
                  Supervisory Assistant Federal Public Defender
                  Florida Bar No. 331929
                  150 West Flagler Street
                  Suite 1700
                  Miami, Florida 33130-1556
                  Tel:  305-530-7000/Fax:  305-536-4559

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been

served via U.S. Mail upon the United States Attorney's Office, 99 N.E. 4th Street, Miami, Florida,

33132-2111, this ____ day of June, 2000.

_____
Kenneth M. Swartz

F:\DelValleM\WPDOCS\A-SWARTZ\Mariani\ASSIGN.NOT