UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 00-6088-Cr-Ungaro-Benages



UNITED STATES OF AMERICA

    Plaintiff,

vs.

NICOLO MARIANI,

    Defendant.
_____/

### NOTICE OF WAIVER OF SPEEDY TRIAL

The Defendant, Nicolo Mariani through undersigned counsel, having been advised of his rights to a speedy trial pursuant to the Speedy Trial Act, Title 18 U.S.C. § 3161 *et. seq.* hereby waives the right to a speedy trial.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
    NICOLO MARIANI

By: _____
Kenneth M. Swartz
Supervisory Assistant Federal Public Defender
Florida Bar No. 331929
150 West Flagler
Suite 1700
Tel: (305) 530-7000 ext. 150
Fax: (305) 536-4559

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this 26th day of June, 2000 to Michael J. Dittoe, Assistant United States Attorney, United States Attorney's Office, 99 Northeast 4th Street, Miami, Florida 33132.

Kenneth M. Swartz

F:\DelValleM\WPDOCS\A-SWARTZ\Mariani\WAIVER.wpd