UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION



CASE NO. 00-6088-Cr-Ungaro-Benages

UNITED STATES OF AMERICA

    Plaintiff,

vs.

NICOLO MARIANI,

    Defendant.
_____/

## MOTION TO TERMINATE APPOINTMENT OF COUNSEL

The Federal Public Defender respectfully moves to terminate the appointment by this Court as counsel for the defendant, as it appears the defendant has retained the services of Bruce A. Zimet, Esquire, who has filed a Notice of Appearance on the defendants behalf.

    Respectfully submitted,

    KATHLEEN M. WILLIAMS
    FEDERAL PUBLIC DEFENDER

BY: _____
    Kenneth M. Swartz
    Supervisory Assistant Federal Public Defender
    Florida Bar No. 331929
    150 West Flagler Street
    Suite 1700
    Miami, Florida 33130-1556
    Tel: 305-530-7000/Fax: 305-536-4559



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been served via U.S. Mail upon Bruce A. Zimet, Esquire, One Financial Plaza, Suite 2612, Fort Lauderdale, Florida 33394, and Nicolo Mariani, Reg. No. 10268-018, Federal Detention Center, P.O. Box 019120, Miami, Florida, 33132-2111 this ⅔ day of June, 2000.

_____
Kenneth M. Swartz

F:\DelValleM\WPDOCS\A-SWARTZ\Mariani\Mot.Term.Appt