NON-COMPLIANCE OF S.D. fla. L.R. 5.1b

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6088 CR - UNGARO-BENAGES

UNITED STATES OF AMERICA,

        Plaintiff

vs.

MARCA MINUTO a/k/a "The Big Guy";
NICOLO MARIANI; JOSEPH MINUTO;
MARCELLO GRASSO a/k/a "J.J.";
ALEX TORRENTE a/k/a "Porky" a/k/a "Neck";
CHRIS GRECO, JULIO PEREZ, ANGEL
HERNANDEX, and a/k/a "Junior JORGE
RAVELO,

        Defendants.

_____/

NOTICE OF APPEARANCE

undersigned.

Respectfully submitted,

BRUCE A. ZIMET, P.A.
One Financial Plaza
Suite 2612
Fort Lauderdale, Florida 33394
(954) 764-7081 (Fort Lauderdale)
(305) 948-3648 (Miami)
(954) 760-4421 (Fax)

BY:_____
       BRUCE A. ZIMET, ESQ.
       Florida Bar No. 225053

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice was mailed this ___21st___ day of June, 2000 to: Kenneth Swartz, Federal Public Defender, Federal Public Defender's Office, 150 W. Flagler Street, 17th Floor, Miami, Florida 33130.

BRUCE A. ZIMET, ESQ.