UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 00-6088-Cr-Ungaro-Benages

FILED by _____ D.C.
JUN 3 0 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA

    Plaintiff,

vs.

NICOLO MARIANI,

    Defendant.
_____/

### ORDER ON MOTION TO TERMINATE APPOINTMENT OF COUNSEL

Upon consideration of the Federal Public Defender's Motion to Terminate Appointment As Counsel for the defendant Nicolo Mariani, it is

ORDERED AND ADJUDGED that the mentioned motion is GRANTED and the Federal Public Defender is relieved of further duties as Bruce A. Zimet, Esquire, One Financial Plaza, Suite 2612, Fort Lauderdale, Florida 33394, has been retained and filed a written Notice of Appearance.

DONE AND ORDERED at Miami, Florida, this 30 day of June, 2000.

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT COURT

cc: Kenneth M. Swartz
    Bruce A. Zimet, Esq.