UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

FILED by _____ JG _____ D.C.

00 JUL -7 AM 9: 52

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

CASE NO. 00-6088 CR - UNGARO-BENAGES

UNITED STATES OF AMERICA,

    Plaintiff

vs.

NICOLO MARIANI, et al.

    Defendants.

_____

### NOTICE OF HEARING

TO:    Mike Ditto, Assistant United States Attorney
        500 East Broward Boulevard, 7th Floor
        Fort Lauderdale, Florida 33301

YOU ARE HEREBY notified that we shall call up for hearing before, Magistrate Judge TED E. BANDSTRA of the above-styled court, at the United States District Court, Southern District, 301 N. Miami Avenue, Miami, Florida, on the **12TH** day of **JULY, 2000**, at **10:00 a.m.** or as soon thereafter as we may be heard.

### MOTION TO REVISIT PRETRIAL DETENTION

BRUCE A. ZIMET, P.A.
One Financial Plaza
Suite 2612
Fort Lauderdale, Florida 33394
Tel:  (954) 764-7081 - Ft. Lauderdale
      (305) 948-3648 - Miami
      (954) 760-4421 - Fax

By: _____
BRUCE A. ZIMET, ESQUIRE
Florida Bar Number 180891

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion was mailed this _6th_ day of July, 2000 to: Mike Ditto, Assistant United States Attorney, 500 East Broward Boulevard, 7th Floor, Fort Lauderdale, Florida 33301.

_____
BRUCE A. ZIMET, ESQ.