UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6088-CR-UNGARO-BENAGES

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

NICOLO MARIANI            ORDER

    Defendant.

_____

Pursuant to the Bail Reform Act, a detention hearing was held this date in accordance with 18 U.S.C. Section 3142(f). At the conclusion of the evidentiary hearing, the findings of fact and conclusions of law required by the Act were dictated into the record. It is thereupon

**ORDERED AND ADJUDGED** as follows:

1. The Defendant __above named__ shall be detained pending trial in this case for the reasons stated on the record by the Court. The Court has found the defendant to be a _danger to the community_

2. A final Order of Detention memorializing the dictated findings and conclusions shall be entered forthwith.

**DONE AND ORDERED** in Miami, Florida this __17TH__ day of __JULY__, 2000.

TAPE NO. 00C____-__445__

                                          UNITED STATES DISTRICT JUDGE
                                          BARRY L. GARBER

c: AUSA _Michael Dittoe_
    Defense Counsel
    Pretrial Services
    U.S. Marshal
    _Bruce Zimet, Esq._

```
                    UNITED STATES DISTRICT COURT

                    SOUTHERN DISTRICT OF FLORIDA

                           MIAMI DIVISION


UNITED STATES OF AMERICA,       . CASE NO. 00-6088-CR-UUB
                                .
          PLAINTIFF,             . MIAMI, FLORIDA
                                . MAY 31, 2000
     V.                          . 10:00 A.M.
                                .
NICOLO MARIANI.                  .
                                .
          DEFENDANT.             .
. . . . . . . . . . . . . . . .

          TRANSCRIPT OF ARRAIGNMENT AND BOND HEARING HAD
            BEFORE THE HONORABLE LINNEA R. JOHNSON,
               UNITED STATES MAGISTRATE JUDGE.

                         - - - - -
                    PAGES 1 THROUGH 17
                         - - - - -

APPEARANCES:

FOR THE GOVERNMENT:    MICHAEL J. DITTOE
                       ASSISTANT U.S. ATTORNEY
                       500 E. BROWARD BOULEVARD, 7TH FLOOR
                       FT. LAUDERDALE, 33394-3002

FOR THE DEFENDANT:     CHRISTOPHER A. GRILLO, ESQ.
                       1 EAST BROWARD BOULEVARD, SUITE 700
                       FT. LAUDERDALE, FLORIDA  33301-1843

TRANSCRIPTIONIST:      FRANCINE C. SALOPEK, R.M.R.
                       OFFICIAL COURT REPORTER
                       UNITED STATES DISTRICT COURT
                       301 NORTH MIAMI AVENUE, ROOM 804
                       MIAMI, FLORIDA  33128-7709
                       (305)523-5568

                            - - - - -
```

GOVERNMENT EXHIBIT 1

PROCEEDINGS RECORDED BY ELECTRONIC SOUND RECORDING, TRANSCRIPT PRODUCED BY COMPUTER.

```
 1            WEDNESDAY, MAY 31, 2000, 10:00 A.M.
 2        THE COURT:  NICOLO MARIANI.
 3        (DISCUSSION HAD OFF THE RECORD.)
 4        THE COURT:  OKAY.  WHERE ARE WE GOING ON THIS?
 5   REPORT RE:  COUNSEL.
 6        MR. GRILLO:  GOOD MORNING, YOUR HONOR --
 7        THE COURT:  MR. --
 8        MR. GRILLO:  -- CHRIS GRILLO ON BEHALF OF THE
 9   DEFENDANT.  I AM NOT PERMANENT COUNSEL, I AM TEMPORARY
10   COUNSEL.  AND MY CLIENT DOES NOT WANT TO PROCEED TODAY.  WE
11   DON'T WANT A BOND HEARING.
12        THE COURT:  HE DOES NOT WANT A BOND HEARING AT
13   ALL?
14        MR. GRILLO:  NOT TODAY.
15        THE COURT:  HE'S HERE?
16        MR. GRILLO:  HE'S RIGHT THERE.
17        THE COURT:  YOU SPEAK ENGLISH?
18        MR. GRILLO:  YES, HE DOES.
19        THE DEFENDANT:  I DO.
20        THE COURT:  OKAY.  MY CONCERN IS THAT HE'S BEEN IN
21   CUSTODY WITHOUT A PRETRIAL DETENTION HEARING FOR A FAIRLY
22   LONG PERIOD OF TIME.  I'M GONNA CONTINUE HIM IN PRETRIAL
23   DETENTION WITHOUT A FURTHER HEARING AT THE REQUEST OF THE
24   DEFENSE.
25        MR. GRILLO:  FINE.
```

```
 1         THE COURT:  AT ANY TIME YOU DESIRE A HEARING, YOU
 2  CAN SET IT ON THE CALENDAR.
 3         ARE YOU IN PERMANENTLY?
 4         MR. GRILLO:  NO, MA'AM.
 5         THE COURT:  HOW LONG IS IT GOING TO TAKE YOU TO
 6  GET IN PERMANENTLY?
 7         MR. GRILLO:  MAY I JUST HAVE A MOMENT?
 8         THE COURT:  YES.
 9         MR. GRILLO:  WELL, I GUESS THE QUESTION IS WILL HE
10  GO DOWN TO MIAMI NOW, BECAUSE, WELL, THE CASE IS IN MIAMI,
11  ET CETERA, AND I'LL JUST NEED TO KNOW WHEN TO SPEAK TO HIM
12  AND WHERE TO SPEAK WITH HIM.
13         I WOULD KNOW WITHIN A WEEK, JUDGE.
14         THE COURT:  I DON'T KNOW WHERE THE MARSHALS ARE
15  GONNA PUT HIM.
16         MR. GRILLO:  HE'S THE ONLY DEFENDANT IN THE CASE
17  THAT'S IN CUSTODY.  I WOULD THINK THEY'D TAKE HIM TO MIAMI.
18         (DISCUSSION HAD OFF THE RECORD.)
19         THE COURT:  WELL, THIS CASE IS SET FOR TRIAL
20  JUNE 19TH.  THIS CASE HAS BEEN DELAYED A NUMBER OF TIMES
21  BECAUSE APPARENTLY YOU'VE BEEN IN SOME OTHER COURTROOMS.
22         MR. GRILLO:  YES, MA'AM.
23         THE COURT:  AND I CAN TELL YOU THAT MY OFFICE HAD
24  A RATHER UNPLEASANT DEALING WITH SOMEBODY IN YOUR OFFICE IN
25  TRYING TO RESCHEDULE THE PRETRIAL DETENTION HEARING IN THIS
```

```
 1  CASE BETWEEN I WAS TRYING TO DO IT AND THEN JUDGE VITUNAC
 2  WAS TRYING TO DO IT, AND WE TRIED TO GET ONE OF THE
 3  MAGISTRATES IN MIAMI TO DO IT AT TWO O'CLOCK IN THE
 4  AFTERNOON FOR YOU BECAUSE APPARENTLY YOU WERE SUPPOSED TO BE
 5  IN FRONT OF JUDGE RYS -- JUDGE -- SOMEBODY.
 6          MR. GRILLO:  HIGHSMITH, JUDGE HIGHSMITH.
 7          THE COURT:  HIGHSMITH?
 8          MR. GRILLO:  JUDGE HIGHSMITH, YES, MA'AM.
 9          THE COURT:  SOMEWHERE DOWN THERE.
10          MR. GRILLO:  RIGHT.
11          THE COURT:  AND WE WERE TRYING TO ACCOMMODATE
12  THAT --
13          MR. GRILLO:  YES, MA'AM.
14          THE COURT:  -- FOR YOU.  AND THE MAGISTRATE DOWN
15  THERE THAT WAS ON DUTY AND COULD HAVE HELPED OUT HAD OTHER
16  PROBLEMS OR SOMETHING AND COULD NOT.  AND, BASICALLY,
17  SOMEBODY IN YOUR OFFICE JUST HUNG UP ON JUDGE VITUNAC'S
18  PEOPLE.  AND --
19          MR. GRILLO:  WELL, I APOLOGIZE FOR THAT, JUDGE.  I
20  MEAN I CAN ONLY THINK OF ONE PERSON THAT IT COULD BE.  AND
21  IF IT'S MY SECRETARY, SHE'S BEEN MY SECRETARY FOR 14 YEARS.
22  SHE'S USUALLY VERY RESPONSIBLE.  I DON'T KNOW WHAT HAPPENED
23  THAT DAY.  WE HAD SOME PERSONAL PRESSURES IN THE OFFICE
24  DURING THAT TIME THAT SHOULD NOT IMPACT ON THIS CASE IN
25  ANY WAY.  I DON'T KNOW WHAT HAPPENED.
```

```
 1        THE COURT:  OKAY.
 2        MR. GRILLO:  I KNOW I DID CALL JUDGE VITUNAC'S
 3   CHAMBERS AND I CALLED MR. DITTOE'S CHAMBERS WHEN WE WERE
 4   SCRAMBLING AROUND, BECAUSE IF YOU -- JUST TO BE CLEAR, WE
 5   WERE SCHEDULED FOR A DETENTION HEARING IN FRONT OF JUDGE
 6   TURNOFF.
 7        THE COURT:  RIGHT.
 8        MR. GRILLO:  ON THE WAY DOWN THERE, I HAD ASKED MY
 9   SECRETARY TO CALL JUDGE TURNOFF TO LET HIM KNOW I WAS
10   RUNNING A FEW MINUTES LATE AND I'LL BE THERE SHORTLY.  AND
11   MY CLIENT'S PARENTS WERE HERE FROM NEW YORK AND ALL OF OUR
12   WITNESSES WERE EITHER THERE OR ON THE WAY.  SHORTLY AFTER WE
13   MADE THAT PHONE CALL, WE RECEIVED A CALL FROM SOMEBODY ON
14   NICK'S BEHALF SAYING THAT NICK WAS STILL IN WEST PALM BEACH.
15        THE COURT:  RIGHT.
16        MR. GRILLO:  SO THEN WE CALLED BACK TO JUDGE
17   TURNOFF'S CHAMBERS --
18        THE COURT:  RIGHT.
19        MR. GRILLO:  -- SAYING, WELL, THE CLIENT IS STILL
20   IN WEST PALM BEACH, WHAT TO DO?  AND APPARENTLY IT GOT
21   UNRAVELED.  AND IF SOMEBODY IN MY OFFICE WAS IMPOLITE TO
22   SOMEBODY, I APOLOGIZE.  THAT'S MY RESPONSIBILITY.  I'LL DEAL
23   WITH THAT.
24        THE COURT:  WELL, YOU NEED TO TALK TO THEM,
25   BECAUSE IT'S NOT A GOOD IDEA FOR THEM TO DO THAT --
```

6

```
 1        MR. GRILLO:  NEVER GET A JUDGE UPSET.
 2        THE COURT:  -- TO DO THAT.
 3        MR. GRILLO:  THAT'S NOT OUR RULE.
 4        THE COURT:  IT'S JUST NOT VERY PROFESSIONAL.
 5        MR. GRILLO:  YES, MA'AM.
 6        THE COURT:  ALSO, I UNDERSTAND SOMEONE IN YOUR
 7   OFFICE BASICALLY RELATED THAT, WELL, IF THEY COULDN'T HAVE
 8   IT -- A HEARING IN AT PARTICULAR LOCALE AT A PARTICULAR
 9   TIME, THAT, YOU KNOW, YOU WERE JUST GOING TO WITHDRAW.  AND,
10   SO I JUST -- IT DIDN'T -- IT DOESN'T BOTHER ME BECAUSE I
11   WASN'T INVOLVED.  AND I'M JUST RELATING TO YOU THAT IT
12   CAUSED A PRETTY BIG FLAK BETWEEN CERTAIN CHAMBERS AS TO THAT
13   THING.
14        MR. GRILLO:  JUDGE, I HAVE BEEN APPEARING BEFORE
15   YOU AND THE OTHER JUDGES IN THIS DISTRICT FOR A LONG TIME.
16        THE COURT:  OKAY.  YEAH, I UNDERSTAND.
17        MR. GRILLO:  AND I'VE ALWAYS TRIED TO MAINTAIN
18   GOOD RELATIONS WITH ALL OF YOU.  WE ALL NEED TO WORK
19   TOGETHER.  AND THERE'S ALWAYS BEEN --
20        THE COURT:  NO, NO, I UNDERSTAND.  I'M JUST
21   LETTING YOU KNOW --
22        MR. GRILLO:  OKAY.  I'LL TAKE CARE OF THE PROBLEM.
23        THE COURT:  -- THAT THERE WAS A BIG PROBLEM.
24        MR. GRILLO:  IF IT'S AN IN-HOUSE PROBLEM, IT'S MY
25   RESPONSIBILITY.  I WILL ADDRESS IT.
```

```
 1            THE COURT:  OKAY.  AND THOSE THINGS HAPPEN.  I
 2  MEAN IT'S NOT THE END OF THE WORLD.  THESE THINGS ARE
 3  QUICKLY FORGOTTEN, AS YOU KNOW.
 4            MR. GRILLO:  OKAY.  I APPRECIATE THE HEAD'S UP,
 5  JUDGE.
 6            THE COURT:  YEAH, THAT'S ALL I'M GIVING YOU
 7  BECAUSE I DON'T KNOW.  I MEAN SOMETIMES, YOU KNOW, STAFF AND
 8  THE OFFICE HAS A PROBLEM OR WHATEVER.  AND I DON'T -- I
 9  DON'T KNOW.
10            NOW, THE PROBLEM IS THIS CASE IS SET FOR TRIAL.
11  THIS DEFENDANT'S BEEN IN CUSTODY NOW A MONTH.
12            MR. GRILLO:  YES.
13            THE COURT:  IT'S SET FOR TRIAL IN 20 DAYS IN FRONT
14  OF JUDGE UNGARO.
15            MR. GRILLO:  AND WE HAVE A DISCOVERY REVIEW THIS
16  AFTERNOON THAT I'M ATTENDING, EVEN THOUGH I'M NOT PERMANENT
17  COUNSEL.  IF YOU WANT TO GIVE ME LESS TIME THAN THAT, SET IT
18  DOWN FOR MONDAY, I GUESS, OR WHENEVER YOU THINK IS
19  APPROPRIATE.
20            THE COURT:  WELL, HOW LONG -- I MEAN YOU NEED
21  TO -- YOU NEED TO EXPLAIN TO YOUR CLIENTS THAT THEY EITHER
22  HAVE TO MEET THEIR FINANCIAL OBLIGATIONS WITH YOU NOW OR
23  YOU'RE GONNA BE -- YOU KNOW, IF YOU ENTER AN APPEARANCE IN A
24  FEDERAL CASE WITHOUT BEING PAID, YOU'RE IN.
25            MR. GRILLO:  I KNOW THAT.
```

8

1  **THE COURT:** AND YOU DON'T WANT TO BE IN THAT
2  POSTURE, I KNOW.
3  **MR. GRILLO:** THIS IS SCHEDULE -- THIS IS, I THINK,
4  A SCHEDULE FOUR CASE?
5  **THE COURT:** IT'S A BIG CASE.
6  **MR. GRILLO:** A BIG CASE.  THEY ANTICIPATE FOUR TO
7  SIX WEEKS OF TRIAL, A BIG CASE.
8  **THE COURT:** WELL --
9  **MR. GRILLO:** A LOT OF TIME AND EFFORT WILL GO INTO
10 THIS.  I DOUBT IT WILL GO TO TRIAL IN JUNE, BUT I
11 UNDERSTAND --
12 **THE COURT:** I MEAN I CAN'T SPEAK TO THAT, THAT'S
13 JUDGE UNGARO.  AND I HAVE TO HAVE THIS CASE, YOU KNOW, I
14 HAVE TO HAVE AN ATTORNEY IN OF RECORD.
15 **MR. GRILLO:** YES, MA'AM.
16 **THE COURT:** SO HOW LONG DO YOU NEED TO REPORT
17 REGARDING BEING PAID?
18 **MR. GRILLO:** WELL --
19 **THE COURT:** AND WHY HASN'T IT TAKEN PLACE BY NOW?
20 **MR. GRILLO:** I CAN'T ANSWER THE SECOND QUESTION.
21 THAT WOULD INVOKE, OBVIOUSLY, COMMUNICATIONS I'VE HAD WITH
22 MY CLIENT.
23 **THE COURT:** NO, I UNDERSTAND THAT.  BUT I MEAN ARE
24 YOU HOPEFUL THAT IT'S GOING TO WORK OUT OR NOT?
25 **MR. GRILLO:** YES.

9

```
 1              THE COURT:  I ASSUME YOUR CLIENT PERSONALLY
 2   DOESN'T HAVE THE MONEY, IT'S SOMEBODY IN HIS FAMILY?
 3              MR. GRILLO:  WELL, PEOPLE ARE WORKING ON HIS
 4   BEHALF TO ARRANGE THE FUNDING, YES, MA'AM.
 5              THE COURT:  SOMEONE.
 6              MR. GRILLO:  MY CLIENT'S IN CUSTODY AND, AS YOU
 7   CAN TELL, THE GOVERNMENT IS SEEKING PRETRIAL DETENTION.
 8              THE COURT:  RIGHT, OF COURSE.
 9              MR. GRILLO:  AT THIS TIME WE ARE WAIVING THAT.
10   THE REPORT FOR PRETRIAL RECOMMENDS NO BAIL.
11              THE COURT:  YEAH.
12              MR. GRILLO:  SO WE UNDERSTAND THAT'S A LIKELY --
13   CERTAINLY A LIKELY POSSIBILITY.
14              THE COURT:  IS THE P.D.'S IN THIS CASE?
15              MR. GRILLO:  NO.
16              THE COURT:  EMILY?
17              MR. GRILLO:  I DON'T THINK SO.  WAIT A MINUTE,
18   WAIT A MINUTE.
19              MR. DITTOE:  NO, YOUR HONOR.
20              MR. GRILLO:  NO, I DON'T BELIEVE SO.  I THINK
21   EVERYBODY -- A COUPLE OF THE PEOPLE ARE FROM UP NORTH.  AND
22   I DON'T KNOW WHAT THEY'RE DOING, BUT I BELIEVE THEY HAVE
23   LAWYERS UP THERE WHERE THEY SURRENDERED OR RELEASED.  I
24   DON'T KNOW WHAT THEY ARE DOING ABOUT --
25              THE COURT:  OKAY.  YOU KNOW WHAT I'M GONNA DO?
```

```
 1            MR. GRILLO:  -- LOCAL COUNSEL.
 2            THE COURT:  MR. MARIANI, DO YOU, YOURSELF -- I'M
 3   LOOKING AT YOUR PRETRIAL SERVICES REPORT AND WHAT YOU
 4   RELATED.  YOU HAVE A LITTLE BIT OF STOCK AND A LITTLE BIT OF
 5   MONEY IN A CHECKING ACCOUNT.  DO YOU OWN ANY PROPERTY, ANY
 6   REAL ESTATE?
 7            THE DEFENDANT:  NO, I DON'T, YOUR HONOR.
 8            THE COURT:  DO YOU OWN ANY AIRPLANES?  CARS?
 9            THE DEFENDANT:  NO.  I WISH I DID.
10            THE COURT:  ME, TOO.  AN AIRPLANE WOULD BE NICE
11   THIS TIME OF -- FLY OFF TO EUROPE OR SOMETHING.
12            YOU HAVE ANY OTHER LARGE AMOUNTS OF CASH ANYWHERE?
13            THE DEFENDANT:  NO, I DON'T, YOUR HONOR.
14            THE COURT:  ANY OTHER THINGS OF GREAT VALUE THAT
15   COULD BE SOLD AND TURNED INTO LIQUID CASH -- JEWELRY, THINGS
16   LIKE THAT?
17            THE DEFENDANT:  NO, YOUR HONOR, I DON'T.
18            MR. GRILLO:  YOUR HONOR, HE WAS RELEASED FROM JAIL
19   ABOUT A YEAR --
20            THE DEFENDANT:  SIXTEEN MONTHS.
21            MR. GRILLO:  -- AND A HALF AGO.
22            THE COURT:  ALL RIGHT.
23            MR. GRILLO:  SO --
24            THE COURT:  AND HE'S --
25            MR. GRILLO:  HE WAS IN JAIL FOR A COUPLE OF YEARS.
```

1  HE WAS OUT ON BOND. HE WAS IN JAIL BEFORE THAT. SO, HE HAS
2  NOT BEEN AT LIBERTY A LOT IN THE LAST FIVE, EIGHT YEARS, TEN
3  YEARS.
4         THE COURT: I'M GONNA APPOINT A FEDERAL PUBLIC
5  DEFENDER AT THIS TIME TO REPRESENT THE DEFENDANT. THAT WAY
6  I KNOW HE'S GOT -- THAT WAY -- GO GET ME A P.D.
7         MR. DITTOE: YOUR HONOR, COULD THE GOVERNMENT BE
8  HEARD --
9         THE COURT: WHAT?
10         MR. DITTOE: -- ON SOME OF THESE ISSUES --
11         THE COURT: WHAT?
12         MR. DITTOE: -- PARTICULARLY THE REQUEST FOR A
13  CONTINUANCE?
14         THE COURT: WHAT? CONTINUANCE OF WHAT?
15         MR. DITTOE: OF THE DETENTION HEARING.
16         THE COURT: OKAY.
17         MR. DITTOE: THE GOVERNMENT OBJECTS, FRANKLY, YOUR
18  HONOR, TO ANY FURTHER CONTINUANCE OF A DETENTION HEARING.
19  IF THE DEFENDANT WISHES TO STIPULATE TO PRETRIAL --
20         THE COURT: THAT WHAT HE'S DONE.
21         MR. DITTOE: -- WITHOUT -- THEN I WOULD HAVE NO
22  OBJECTION TO THAT.
23         THE COURT: NOW, I'M ALWAYS GONNA ALLOW A
24  DEFENDANT, UPON A CHAIN OF CIRCUMSTANCES, TO REVISIT A
25  PRETRIAL DETENTION REQUEST, WHETHER IT'S A STIPULATED

12

```
 1  MATTER -- ANY OTHER MAGISTRATE WOULD.  BUT HE HAS ON THIS
 2  RECORD AT THIS TIME, BASED ON THESE CHARGES AND THIS
 3  DEFENDANT'S PRIOR RECORD, STIPULATED TO PRETRIAL DETENTION
 4  WITHOUT FURTHER NEED OF HEARING.  IF SOMETHING CHANGES AND
 5  HIS CLIENT GETS PARDONED OR THE GOVERNMENT'S CASE FALLS
 6  APART, SOMEBODY WILL MOVE FOR SOMETHING DIFFERENT.
 7          MR. DITTOE:  BUT IT WOULD HAVE TO BE CHANGED
 8  CIRCUMSTANCES, YOUR HONOR.
 9          THE COURT:  YES.
10          MR. DITTOE:  SOMETHING'S THAT NOT NOW KNOWN TO THE
11  COURT.
12          THE COURT:  YES.
13          MR. DITTOE:  THANK YOU, YOUR HONOR.
14          THE COURT:  NOW, DO YOU KNOW OF ANY ASSETS THAT HE
15  MIGHT HAVE TO HIRE AN ATTORNEY, SINCE THIS IS YOUR CASE?
16          MR. DITTOE:  NO, YOUR HONOR.
17          THE COURT:  OKAY.  NOW, WHAT THIS IS GONNA DO IS
18  I'M APPOINTING THE PUBLIC DEFENDER, SO I GOT A LAWYER IN ON
19  THIS CASE THAT'S GONNA BE STAYING IN.  AND I'M GONNA ARRAIGN
20  THE DEFENDANT TODAY.  AND IF YOU WORK OUT THE FINANCIAL
21  ASPECT OF THE CASE WITH THE FAMILY, YOU JUST SUBSTITUTE IN.
22          MR. GRILLO:  OKAY.
23          THE COURT:  AND THAT WAY JUDGE UNGARO HAS A LAWYER
24  IN, THE CASE IS SET FOR TRIAL ON THE 19TH.  IF YOU COME IN
25  TWO WEEKS FROM NOW AND SHE KEEPS IT ON THE TRIAL DATE OF THE
```

```
 1  19TH, THEN YOU WILL GO TO TRIAL ON THE 19TH.  IF SHE
 2  CONTINUES IT, GREAT.  AND IT MEANS I DON'T HAVE TO HAVE
 3  ANY MORE HEARINGS UP HERE, WHICH WILL MAKE IT EASIER FOR YOU
 4  TO STAY IN MIAMI.
 5          MR. GRILLO:  THANK YOU.
 6          THE COURT:  OKAY.
 7          MR. GRILLO:  DO YOU WANT ME TO ARRAIGN HIM?
 8          THE COURT:  NO, I'M GONNA GET THE P.D. TO DO THAT
 9  RIGHT NOW.
10          THEY ARE SENDING ONE OVER, RIGHT?  ARE THEY IN THE
11  BUILDING?
12          ROOM CLERK:  YEAH.  THEY'RE PAGING HIM.
13  (INAUDIBLE) THOUGHT HE MIGHT NOT BE NEEDED SO --
14          THE COURT:  OKAY.  WELL, YOU CAN JUST HAVE A SEAT,
15  IF YOU WANT, AND/OR YOU CAN GO.
16          MR. GRILLO:  NO, NO, I'M GONNA STICK AROUND,
17  JUDGE.
18          THE COURT:  AND --
19          MR. GRILLO:  AS I SAID, AS A FRIEND OF THE COURT,
20  I'D BE HAPPY TO STAND IN FOR THE ARRAIGNMENT IF THAT'S WHAT
21  THE COURT REQUIRES OR WOULD LIKE TO FACILITATE THIS.
22          THE COURT:  NO.  I'M GONNA HAVE THE PUBLIC
23  DEFENDER REVIEW THE INDICTMENT RIGHT NOW AND DISCUSS IT WITH
24  THEIR CLIENT AND ARRAIGN HIM RIGHT NOW.  OR THEY CAN RESET
25  THE ARRAIGNMENT IF, AFTER TALKING TO HIM ABOUT THE SPECIFIC
```

```
 1  CHARGES, THEY FEEL THAT THAT SHOULD BE DONE.  AND THE P.D.'S
 2  CAN ARRAIGN HIM ANYWHERE WITHOUT WORRYING ABOUT INTERRUPTING
 3  THEIR OFFICE, YOU KNOW.
 4          MR. GRILLO:  RIGHT.
 5          THE COURT:  SO, THAT'S WHAT WE'RE GONNA DO.  I'M
 6  JUST GONNA WAIT UNTIL THE P.D.'S COME IN HERE AND WE WILL DO
 7  THAT.
 8          MR. GRILLO:  YOU THINK SOMEONE'S IN THE BUILDING
 9  THEN?
10          THE COURT:  I KNOW THEY ARE.  RIGHT, EMILY?
11          ROOM CLERK:  HOPEFULLY.
12          MR. GRILLO:  EMILY SAYS YES.  I GUESS EMILY KNOWS.
13          THE COURT:  WHERE IS THEIR OFFICE?  IT'S DOWN THE
14  STREET, THOUGH.
15          ROOM CLERK:  YEAH, BUT HE WAS HERE JUST A LITTLE
16  WHILE AGO, SO ...
17          THE COURT:  I HAVE A CIVIL CASE AT 11, RIGHT?
18          ROOM CLERK:  11:30.
19          THE COURT:  HUH?
20          ROOM CLERK:  11:30.
21          THE COURT:  OKAY.  WELL, EVEN IF THEY ARE IN
22  ANOTHER BUILDING, THEY WILL BE HERE WITHIN 15 MINUTES.  SO
23  YOU CAN EITHER STAY OR LEAVE OR WHATEVER WORKS FOR YOU.
24          MR. GRILLO:  I PREFER TO STAY, AT LEAST FOR NOW
25  ANYWAYS.
```

1    THE COURT: SURE.
2    MR. GRILLO: SO I CAN TALK TO MY CLIENT, TALK TO
3 THE P.D.
4    THE COURT: OKAY. NO PROBLEM. THEN THAT WILL
5 SOLVE ALL THIS. OKAY. THANK YOU.
6    THEY AMBUSHED HIM? WHERE IS HE?
7    UNIDENTIFIED SPEAKER: IN THE LOBBY.
8    THE COURT: IN THE LOBBY. SEE, THEY CAUGHT HIM,
9 THEY WOULDN'T LET HIM OUT OF THE BUILDING. I'M GONNA SIT
10 RIGHT HERE WHILE THEY SEND HIM UP.
11    UNIDENTIFIED SPEAKER: HE'S ON HIS WAY UP.
12    THE COURT: YOU ALMOST GOT AWAY.
13    UNIDENTIFIED SPEAKER: THE MARSHALS TAGGED ME.
14    (PAUSE.)
15    THE COURT: GREAT. THANKS FOR COMING IN.
16    I'VE JUST APPOINTED THE PUBLIC DEFENDER ON NICOLO
17 MARIANI. IT'S A R.I.C.O./MONEY LAUNDERING/FRAUD CASE OUT OF
18 MIAMI.
19    MR. GRILLO: MAY I JUST HAVE A MOMENT TO BRING HIM
20 UP TO SPEED, SO TO SPEAK?
21    THE COURT: YEAH. ONE SECOND.
22    MR. GRILLO: YES, MA'AM.
23    THE COURT: MR. GRILLO HAS BEEN TRYING TO COME IN
24 AND MAKE AN APPEARANCE IN THE CASE. HE'S FROM MIAMI. AND
25 WE HAVE BEEN HAVING SOME PROBLEMS WITH THE NEED TO, ONCE WE

```
 1  GET OUR HANDS ON HIM FOR BOND HEARINGS, WE KEEP HIM UP HERE
 2  IN PALM BEACH.  I TRIED TO SEND HIM TO MIAMI, BUT THAT
 3  DIDN'T WORK OUT EITHER, FOR A VARIETY OF JUST KIND OF
 4  INSTITUTIONAL SCREW-UPS.  AND, IN ANY EVENT, COUNSEL MAY
 5  SUBSTITUTE IN LATER, HE MIGHT NOT.  I DON'T KNOW.  YOUR
 6  CLIENT DOESN'T HAVE MONEY TO HIRE AN ATTORNEY.
 7          HE HAS BEEN IN AND OUT OF JAIL FOR TEN YEARS AND
 8  IS SET FOR TRIAL JUNE 19TH IN MIAMI.  AND ONE WAY OR THE
 9  OTHER, THE P.D.'S CAN TRY THE CASE IF MR. GRILLO DOESN'T GET
10  RETAINED.
11          HE'S STIPULATED TO A PRETRIAL DETENTION AT THIS
12  POINT.  HE'S BEEN IN CUSTODY BASICALLY A MONTH WITHOUT A
13  PRETRIAL DETENTION HEARING BECAUSE -- WE'VE TRIED TO DO IT.
14  MR. GRILLO'S BEEN IN TRIAL, AND COUNSEL -- THE DEFENDANT HAS
15  BEEN AWARE OF IT AND HAS BEEN TRYING TO HOLD AND WAIT FOR
16  HIS FAMILY TO RETAIN MR. GRILLO.  SO THAT'S WHERE WE ARE.
17          WHAT I'M GONNA DO IS I'M GONNA TAKE A BREAK.  YOU
18  TELL ME WHEN YOU'RE READY TO ARRAIGN THE DEFENDANT.  YOU CAN
19  TALK WITH MR. GRILLO, TAKE WHATEVER TIME YOU NEED.  I HAVE A
20  11:30 CIVIL HEARING.  AND IF YOU CAN DISCUSS THE INDICTMENT
21  WITH YOUR CLIENT, ENTER AN ARRAIGNMENT TODAY, GREAT.  IF FOR
22  SOME REASON YOU CANNOT, I WILL BE HAPPY TO SET IT OVER FOR
23  ARRAIGNMENT AT SOME OTHER TIME.  LET ME KNOW WHEN YOU'RE
24  READY.
25          ROOM CLERK:  ALL RISE.
```

```
1              (RECESS TAKEN.)
2         UNIDENTIFIED SPEAKER:  WE'RE BACK.  WE'RE PREPARED
3    TO GO FORWARD WITH THE ARRAIGNMENT AT THIS TIME.
4         THE COURT:  OKAY.
5         UNIDENTIFIED SPEAKER:  JUDGE, WE'LL WAIVE FORMAL
6    READING OF THE ARRAIGNMENT AND ENTER A PLEA OF NOT GUILTY,
7    DEMAND TRIAL BY JURY, AND ASK THE COURT TO SIGN THE STANDING
8    DISCOVERY ORDER.
9         THE COURT:  OKAY.  THE STANDING DISCOVERY ORDER
10   WILL BE SIGNED.  THE CASE IS SET FOR TRIAL JUNE 19TH IN
11   MIAMI IN FRONT OF JUDGE UNGARO.
12        THANK YOU.
13        UNIDENTIFIED SPEAKER:  THANK YOU.
14        UNIDENTIFIED SPEAKER:  THANK YOU.
15             (PROCEEDINGS CONCLUDED.)
16                    - - - - -
17

18                  C E R T I F I C A T E
19   I CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT FROM
20   THE OFFICIAL ELECTRONIC SOUND RECORDING OF PROCEEDINGS IN
21   THE ABOVE-ENTITLED MATTER.
22
23
24   [signature] Francine C. Salopek           7/3/00
     FRANCINE C. SALOPEK, R.M.R.               DATE
25   OFFICIAL COURT REPORTER
```