

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | . CASE NO. 00-6088-CR-UUB |
| PLAINTIFF, | . MIAMI, FLORIDA |
| | . MAY 31, 2000 |
| V. | . 10:00 A.M. |
| NICOLO MARIANI. | . |
| DEFENDANT. | . |

. . . . . . . . . . . . . . . .

TRANSCRIPT OF ARRAIGNMENT AND BOND HEARING HAD
BEFORE THE HONORABLE LINNEA R. JOHNSON,
UNITED STATES MAGISTRATE JUDGE.

- - - - -

PAGES 1 THROUGH 17

- - - - -

APPEARANCES:

FOR THE GOVERNMENT:  MICHAEL J. DITTOE
　　　　　　　　　　ASSISTANT U.S. ATTORNEY
　　　　　　　　　　500 E. BROWARD BOULEVARD, 7TH FLOOR
　　　　　　　　　　FT. LAUDERDALE, 33394-3002

FOR THE DEFENDANT:  CHRISTOPHER A. GRILLO, ESQ.
　　　　　　　　　　1 EAST BROWARD BOULEVARD, SUITE 700
　　　　　　　　　　FT. LAUDERDALE, FLORIDA 33301-1843

TRANSCRIPTIONIST:  FRANCINE C. SALOPEK, R.M.R.
　　　　　　　　　OFFICIAL COURT REPORTER
　　　　　　　　　UNITED STATES DISTRICT COURT
　　　　　　　　　301 NORTH MIAMI AVENUE, ROOM 804
　　　　　　　　　MIAMI, FLORIDA 33128-7709
　　　　　　　　　(305)523-5568

- - - - -

PROCEEDINGS RECORDED BY ELECTRONIC SOUND RECORDING, TRANSCRIPT PRODUCED BY COMPUTER.