UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **THE UNITED STATES OF AMERICA,** | CASE NUMBER |
| PLAINTIFF, | 00-6088-CR-UNGARO-BENAGES |
| VS. | |
| **NICOLO MARIANI,** | THIS VOLUME: |
| | PAGES 1 - 56 |
| DEFENDANT. | |

(TRANSCRIPT BY TAPE)

FILED by _____ D.C.
CT. REP.
JUL 2 [ ] 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

TRANSCRIPT OF PRETRIAL DETENTION HEARING HAD BEFORE THE HONORABLE BARRY L. GARBER, IN MIAMI, MIAMI-DADE COUNTY, FLORIDA, ON JULY 17, 2000, IN THE ABOVE-STYLED MATTER.

APPEARANCES:

FOR THE GOVERNMENT:   **MICHAEL DITTOE, A.U.S.A.**
                      500 EAST BROWARD BLVD., 7TH FLOOR
                      FT. LAUDERDALE, FL 33301  954/356-7392

FOR THE DEFENDANT:    **BRUCE A. ZIMET, ESQ.**
                      ONE FINANCIAL PLAZA
                      SUITE 2612
                      FT. LAUDERDALE, FL 33301  954/764-7081

CARL SCHANZLEH
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 202B
FORT LAUDERDALE, FLORIDA 33301
954 769-5488