UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6088-CR-UNGARO-BENAGES

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARCA MINUTO a/k/a "The Big Guy";
NICOLO MARIANI; JOSEPH MINUTO;
MARCELLO GRASSO a/k/a "J.J.";
ALEX TORRENTE a/k/a "Porky" a/k/a "Neck";
CHRIS GRECO, JULIO PEREZ, ANGEL
HERNANDEZ, and a/k/a "Junior" JORGE RAVELO,

    Defendants.
_____/



## ORDER REQUIRING RESPONSE

THIS CAUSE is before the Court upon Defendant Nicolo Mariani's Motion for

Revocation of Pretrial Detention Order, filed August 1, 2000.

THE COURT having considered the Motion, the pertinent portions of the record and

being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the United States Attorney's Office shall file a

response to the Defendant Nicolo Mariani's Motion for Revocation of Pretrial Detention Order

within the time allowed by the Local Rules.

DONE AND ORDERED in Chambers at Miami, Florida, this ___7___ day of August,

2000.

                    URSULA UNGARO-BENAGES
                    UNITED STATES DISTRICT JUDGE

cc:    Bruce A. Zimet, Esq.
       Mike Ditto, AUSA