UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6088 CR - UNGARO-BENAGES

UNITED STATES OF AMERICA,

    Plaintiff

vs.

MARCA MINUTO a/k/a "The Big Guy";
NICOLO MARIANI; JOSEPH MINUTO;
MARCELLO GRASSO a/k/a "J.J.";
ALEX TORRENTE a/k/a "Porky" a/k/a "Neck";
CHRIS GRECO, JULIO PEREZ, ANGEL
HERNANDEX, and a/k/a "Junior JORGE
RAVELO,

    Defendants.

_____/



## MOTION TO FILE RESPONSE BY AUGUST 23, 2000

NICOLO MARIANI ("Mariani"), through undersigned counsel files this Motion to file Response to the Government's Response to Defendant Mariani's Appeal from Magistrate Judge Garber's Pre-trial Detention Order by August 23, 2000. As grounds Mariani states the following:

1. The undersigned's office received the Government's Response to Defendant's Mariani's Motion for Revocation of Pretrial Detention Order on Monday, August 14, 2000.

2. That undersigned counsel is currently out of his office on a family vacation.

3. That undersigned counsel will promptly file a reply to the Government's response.

4. That undersigned requests that he be permitted to file his response by August 23,

1

2000.

5. That no prejudice will result to any party based upon the granting of the instant application.

WHEREFORE, Defendant Nicolo Mariani and undersigned counsel respectfully request that this Court grant this Motion to file a response to the Government's Response to Defendant Mariani's Appeal from Magistrate Judge Garber's Pretrial Detention Order by August 23, 2000.

Respectfully submitted,

BRUCE A. ZIMET, P.A.
One Financial Plaza
Suite 2612
Fort Lauderdale, Florida 33394
(954) 764-7081 (Fort Lauderdale)
(305) 948-3648 (Miami)
(954) 760-4421 (Fax)

BY: _____
BRUCE A. ZIMET, ESQ.
Florida Bar No. 225053

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion was mailed this ___14___ day of August, 2000 to: Mike Ditto, Assistant United States Attorney, 500 East Broward Boulevard, 7th Floor, Fort Lauderdale, Florida 33301.

_____
BRUCE A. ZIMET, ESQ.

2