UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6088-CR-UNGARO-BENAGES

UNITED STATES OF AMERICA,           )
                                     )
    Plaintiff,                       )
                                     )
v.                                   )
                                     )
NICOLO MARIANI,                      )
                                     )
    Defendant.                       )
_____)

FILED by _____ D.C.

AUG 1 6 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER AFFIRMING PRETRIAL DETENTION ORDER

THIS CAUSE is before the Court on Defendant Mariani's Motion for Revocation of Pretrial Detention Order. The Court has made a *de novo* review of the matter in light of the factors set forth in 18 U.S.C. § 3142 (g). The undersigned concurs with the findings of the Honorable Barry Garber set forth in his Detention Order dated July 18, 2000. The Court further notes that Defendant Mariani has a demonstrated history and propensity to violate the law and has also demonstrated that he is not amenable to court supervision. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Detention Order entered on July 18, 2000 is AFFIRMED, ADOPTED AND APPROVED.

DONE AND ORDERED in Chambers at Miami, Florida this ___16___ day of August, 2000.

                                          URSULA UNGARO-BENAGES
                                          UNITED STATES DISTRICT JUDGE

cc: Bruce A. Zimet, Esq.
    Mike Ditto, AUSA

