UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6088 CR - UNGARO-BENAGES

UNITED STATES OF AMERICA,

    Plaintiff

vs.

MARCA MINUTO a/k/a "The Big Guy";
NICOLO MARIANI; JOSEPH MINUTO;
MARCELLO GRASSO a/k/a "J.J.";
ALEX TORRENTE a/k/a "Porky" a/k/a "Neck";
CHRIS GRECO, JULIO PEREZ, ANGEL
HERNANDEX, and a/k/a "Junior JORGE
RAVELO,

    Defendants.
_____/



## ORDER

THIS CAUSE having come before the Court on Defendant, NICOLO MARIANI's Motion to file Response to Government's Response to Defendant Mariani's Appeal from Magistrate Judge Garber's Pre-trial Detention Order by August 23, 2000, and upon due consideration thereof, it is hereby

ORDERED and ADJUDGED that the Motion is hereby DENIED

DONE and ORDERED this 16 day of Aug, 2000 at Miami, Dade County, Florida.

                          HONORABLE UNGARO-BENAGES
                          U.S. District Court Judge

cc:  Mike Dittoe, AUSA
      Bruce A. Zimet, Esq.