UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-CR-6088-UNGARO-BENAGES

UNITED STATES OF AMERICA,

   Plaintiff,

v.

NICOLO MARIANI,

   Defendant.



## NICOLO MARIANI'S WAIVER OF SPEEDY TRIAL

I, NICOLO MARIANI, pursuant to 18 U.S.C. § 3161, hereby waive my statutory rights to a speedy trial in this case and, after consulting with my attorney, agree that any time periods that pass as a result of this Court granting a motion for continuance will be treated as excluded time under 18 U.S.C. § 3161 (h)(8)(A).

_____  3-23-2001
NICOLO MARIANI, Defendant    Date

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on _March 2_, 2001 a true and correct copy of the foregoing was furnished by mail to:

Michael J. Dittoe, Esq.
Assistant United States Attorney
500 East Broward Boulevard
7th Floor
Fort Lauderdale, Florida 33394-3002

Howard M. Srebnick, Esq.
Counsel for Marco Minuto
Black, Srebnick & Kornspan, P.A.
201 South Biscayne Boulevard
Suite 1300
Miami, Florida 33131

William J. Hunt, Esq.
Counsel for Joseph Minuto
William J. Hunt & Associates
155 Polifly Road
Suite 200
Hackensack, New Jersey 07601

Kerry A. Lawrence, Esq.
Counsel for Chris Greco
Briccetti, Calhoun & Lawrence, LLP
81 Main Street
Suite 450
White Plaines, New York 10601

Hosey Hernandez, Esq.
Counsel for Angel Hernandez
Coconut Grove Bank Building
2701 South Bayshore Drive
Suite 602
Coconut Grove, Florida 33133

By: _____
**BRUCE A. ZIMET, ESQ.**
Attorney for Nicolo Mariani