UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6088 CR - UNGARO-BENAGES

UNITED STATES OF AMERICA,

     Plaintiff

vs.

MARCO MINUTO a/k/a "The Big Guy";
NICOLO MARIANI; JOSEPH MINUTO;
MARCELLO GRASSO a/k/a "J.J.";
ALEX TORRENTE a/k/a "Porky" a/k/a "Neck";
CHRIS GRECO, JULIO PEREZ, ANGEL
HERNANDEX, and a/k/a "Junior JORGE
RAVELO,

     Defendants.

_____/

## **MOTION TO ADOPT**

     NICOLO MARIANI ("Mariani"), through undersigned counsel files this Motion to

Adopt Motions filed by Co-Defendants as set forth below.  As grounds, Nicolo Mariani states

the following:

    1.     Co-Defendant, Marco Minuto has filed numerous pretrial Motions with this

        Court.

    2.     Rather than refile duplicate applications, Mariani requests permission to adopt

        certain of his Co-Defendant's Motions.

    3.     Mariani specifically requests permission to adopt the following Minuto Motions:

        a)     Motion to Admit Polygraph Evidence at Trial;

        b)     Motion to Compel Inspection of Personnel Files;

1



c)    Motion to Interview all Government Witnesses;

d)    Specific **Brady** Request;

e)    Motion for Production of Impeachment and Bad Act Evidence;

f)    Motion to Suppress Fruits of Wiretap;

g)    Motion to Dismiss Counts IV and V;

h)    Motion to Unseal Documents;

i)    Motion to Seal Affidavit;

j)    Motion to Disclose whether Confidential Source Held Himself to be an Attorney;

k)    Motion for Production of PSR of Cooperating Government Witnesses.

WHEREFORE, Defendant Nicolo Mariani and undersigned counsel respectfully request that this Court grant this Motion to Adopt the specific Motions of Co-Defendant, Marco Minuto as listed above.

Respectfully submitted,

BRUCE A. ZIMET, P.A.
One Financial Plaza
Suite 2612
Fort Lauderdale, Florida 33394
(954) 764-7081 (Fort Lauderdale)
(305) 948-3648 (Miami)
(954) 760-4421 (Fax)

BY:_____
BRUCE A. ZIMET, ESQ.
Florida Bar No. 225053

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion was mailed this ___6ᵗʰ___ day of June, 2001 to:

Michael J. Dittoe, Esq.
Assistant United States Attorney
500 East Broward Boulevard
7th Floor
Fort Lauderdale, Florida 33394-3002

Howard M. Srebnick, Esq.
Counsel for Marco Minuto
Black, Srebnick & Kornspan, P.A.
201 South Biscayne Boulevard
Suite 1300
Miami, Florida 33131

William J. Hunt, Esq.
Counsel for Joseph Minuto
William J. Hunt & Associates
155 Polifly Road
Suite 200
Hackensack, New Jersey 07601

Kerry A. Lawrence, Esq.
Counsel for Chris Greco
Briccetti, Calhoun & Lawrence, LLP
81 Main Street
Suite 450
White Plains, New York 10601

BRUCE A. ZIMET, ESQ.

3