UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-CR-6088-UNGARO-BENAGES

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NICOLO MARIANI,

    Defendant.

FILED by _____ D.C.
DKTG

JUN 1 1 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER ON NICOLO MARIANI'S MOTION TO ADOPT

THIS CAUSE having come before this Court on Defendant's, NICOLO MARIANI'S

Moton to Adopt, and upon due consideration thereof, it is hereby

ORDERED and ADJUDGED that the Motion to Adopt the following Motions:

    a)    Motion to Admit Polygraph Evidence at Trial;

    b)    Motion to Compel Inspection of Personnel Files;

    c)    Motion to Interview all Government Witnesses;

    d)    Specific **Brady** Request;

    e)    Motion for Production of Impeachment and Bad Act Evidence;

    f)    Motion to Suppress Fruits of Wiretap;

    g)    Motion to Dismiss Counts IV and V;

    h)    Motion to Unseal Documents;

    i)    Motion to Seal Affidavit;

    j)    Motion to Disclose whether Confidential Source Held Himself to be an Attorney;



  k)  Motion for Production of PSR of Cooperating Government Witnesses.

is hereby _granted_

DONE and ORDERED this _11_ day of June, 2001 at Miami, Dade County, Florida.

                HONORABLE UNGARO-BENAGES
                U.S. District Judge

cc: Michael Dittoe, Esq.
   Howard Srebnick, Esq.
   Bruce A. Zimet, Esq.
   William J. Hunt, Esq.
   Kerry A. Lawrence, Esq.