UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6088 CR - UNGARO-BENAGES

UNITED STATES OF AMERICA,

     Plaintiff

vs.

MARCO MINUTO a/k/a "The Big Guy";
NICOLO MARIANI; JOSEPH MINUTO;
MARCELLO GRASSO a/k/a "J.J.";
ALEX TORRENTE a/k/a "Porky" a/k/a "Neck";
CHRIS GRECO, JULIO PEREZ, ANGEL
HERNANDEX, and a/k/a "Junior JORGE
RAVELO,

     Defendants.





## MOTION FOR RECONSIDERATION OF MOTION FOR SEVERANCE

NICOLO MARIANI ("Mariani"), through undersigned counsel files this Motion asking the District Court to reconsider Mariani's Motion for Severance. As grounds Mariani states the following:

1.     Mariani has previously filed a Motion for Severance based upon the Affidavit of Co-Defendant, Marco Minuto which exculpated Mariani relating to the allegations of extortion in the Indictment.

2.     That Mariani has received an "Order" from United States Magistrate Judge Brown "denying" Mariani's application.

3.     That Mariani submits that the Order from Judge Brown is not consistent with the law of this Circuit and would create reversible error in Mariani's case.

1

4.    Mariani respectfully submits that Magistrate Judge Brown's Order sets forth a

radical departure from the law of severance and would deny Mariani his most

basic Sixth Amendment Rights.

WHEREFORE, Defendant Nicolo Mariani respectfully request that this Motion for

Reconsideration be granted.

Respectfully submitted,

BRUCE A. ZIMET, P.A.
One Financial Plaza
Suite 2612
Fort Lauderdale, Florida 33394
(954) 764-7081 (Fort Lauderdale)
(305) 948-3648 (Miami)
(954) 760-4421 (Fax)


BY: _____
          BRUCE A. ZIMET, ESQ.
          Florida Bar No. 225053


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion was mailed this ___ 9th ___ day of August, 2000 to: Mike Ditto, Assistant United States Attorney, 500 East Broward Boulevard, 7th Floor, Fort Lauderdale, Florida 33301 and Howard M. Srebnick, Esq. Black, Srebnick & Kornspan, P.A., 201 South Biscayne Boulevard, Suite 1300, Miami, Florida 33131.


_____
          BRUCE A. ZIMET, ESQ.


2