UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6088-CR-UNGARO-BENAGES

UNITED STATES OF AMERICA,
    Plaintiff,

vs.    **ORDER**

MARCO MINUTO, et al.,
    Defendants.
_____/

THIS CAUSE is before the Court upon Defendant Mariani's Motion for Reconsideration of Judge Brown's Order Denying Motion for Severance, filed August 13, 2001.

THE COURT has considered the Motion, the pertinent portions of the record and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Government file its Response to Defendant's Motion for Reconsideration no later than 10:00 a.m. on Thursday, August 23, 2001. Defendant shall file his Reply no later than 4:00 p.m. on Friday, August 24, 2001.

DONE AND ORDERED in Chambers at Miami, Florida, this 22 day of August, 2001.

                        URSULA UNGARO-BENAGES
                        UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record