UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.                                              CASE NO. _00-6088-CR-U.U.B._

_Nicole Mariani_                                 CHANGE OF PLEA

On _8/23/01_ the above named defendant appeared in person before the Honorable _Ungaro-Benages_ United States District Judge/Magistrate, with _Bruce Zimet_ counsel appointed by the Court/retained by the defendant, and said defendant stated in open court that _he_ desired to withdraw plea of not guilty heretofore entered and desired to enter a plea of guilty to Count(s) _Sealed_, of the Indictment/Information.

After the defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged. Whereupon:

( )  The Court proceeded to pronounce sentence. (See J&C)

(✓)  The Court postponed sentencing until _Nov 30 2001 @ 1:30_

( )  The defendant being allowed to remain on bond until sentencing.

( )  The defendant being remanded to the custody of the Marshal until a _____ bond in the amount of $_____ is approved and posted.

( )  The defendant being remanded to the custody of the Marshal awaiting sentencing.

The U.S. Attorney announced Count(s) _____ would be dismissed on the government's motion at sentencing.

Judge _____
Reporter _____
Courtroom Dpy. _____