UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE UNGARO-BENAGES

COURTROOM MINUTES


FILED by _____ D.C.
DKTG
AUG 2 3 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

Case No. 00-6088-cr-UB  Date: 8/23/01

Style: U.S.A vs. Marco Minuto, et. al.

Pltf/AUSA: Mike Dittoe, et al.

Defense Counsel: Howard Srebnick et. al.

Reporter: W. Romanishin  Deputy Clerk: C. Harlan

Status Conference/Hearing on Motion: Continuation Pending Motions Hrg — Court was advised that parties had reached plea agreements for all defts — defts motions were withdrawn — & the Court proceeded

Calendar Call _____ Trial Set/Reset for _____

TRIAL MINUTES:  BENCH/JURY   VOIR DIRE HELD _____

JURY TRIAL BEGINS _____   TRIAL HELD _____ DAY # _____

TRIAL ENDS _____

DEFENDANT: REMANDED/ACQUITTED   SENTENCE DATE _____

MISCELLANEOUS NOTES TO DOCKET CLERK: w/ plea colloquy's for each deft.