UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE UNGARO-BENAGES

COURTROOM MINUTES



Case No. 00-6088-cr-UB  Date: 5/22/01

Style: U.S.A. vs. Marco Minuto, et al.

Plt/AUSA: Mike D. Hee, et al.

Defense Counsel: Howard Srebnick

Reporter: W. Romanski  Deputy Clerk: K Harlan

Status Conference/Hearing on Motion: Continuation of hrg on penalty motions — Add'l testimony heard — Ct resumed

Calendar Call _____ Trial Set/Reset for _____

TRIAL MINUTES:  BENCH/JURY  VOIR DIRE HELD _____

JURY TRIAL BEGINS _____  TRIAL HELD _____ DAY # _____

TRIAL ENDS _____

DEFENDANT: REMANDED/ACQUITTED  SENTENCE DATE _____

MISCELLANEOUS NOTES TO DOCKET CLERK: _____