UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE UNGARO-BENAGES

COURTROOM MINUTES



FILED by _____ D.C.
DKTQ
NOV 3 0 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Case No. 00-6088-cr-UB   Date: 11/30/01

Style: U.S.A.   Vs. Niccolo Mariani

PltffAUSA: Mike Dittoe

Defense Counsel: Bruce Zimet

Reporter: W. Romanishin   Deputy Clerk: K. Harlan

Status Conference/Hearing on Motion: Sentencing?

41 Mon. BOP ct. 7
3 yrs. S.R. ct. 7

1) search of person/prop  3) No guns
2) Fill time w/ employment  4) Access to f.w.
Assessed $100   5) No   No debt.

Calendar Call _____ Trial Set/Reset for _____

TRIAL MINUTES:  BENCH/JURY   VOIR DIRE HELD _____

JURY TRIAL BEGINS _____   TRIAL HELD _____ DAY # _____

TRIAL ENDS _____

DEFENDANT: REMANDED/ACQUITTED   SENTENCE DATE _____

MISCELLANEOUS NOTES TO DOCKET CLERK: 
Prison — Remand ct.

355