# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

NICOLO MARIANI

**WARRANT FOR ARREST**

CASE NUMBER: 00-6088-CR-UNGARO-BENAGES
MAGISTRATE JUDGE BROWN

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __NICOLO MARIANI__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment [ ] Information [ ] Complaint [ ] Order of court [ ] Violation Notice [ ] Probation Violation Petition

charging him or her with (brief description of offense)

Conspiracy to commit RICO, Hobbs Acts, Extortionate Collection of Credit; Interstate Gambling

in violation of Title 18 United States Code, Section(s) __894, 1951, 1955, 1962(d)__

| CLARENCE MADDOX | COURT ADMINISTRATOR/CLERK OF THE COURT |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Jenny Butler | 04/04/00    FORT LAUDERDALE, FLORIDA |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ __PRETRIAL DETENTION requested__ by CHIEF __LURANA S. SNOW__
                                                        __UNITED STATES MAGISTRATE JUDGE__
                                                        Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |

| DATE RECEIVED 4/4/00 | NAME AND TITLE OF ARRESTING OFFICER Edward Stubbs, Acting US Marshal S/D Fl | SIGNATURE OF ARRESTING OFFICER Barry Golden, ASDUSM |
|---|---|---|
| DATE OF ARREST 5/3/00 | | |