UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 00-6088CR-UUB

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

NICHOLAS MARIANI,

    Defendant.
_____/

## MOTION FOR PERMISSION TO TRAVEL

COMES NOW Nick Mariani, by and through his undersigned attorney and files this Motion for Permission to Travel:

1. That on or about April 4, 2001, Mr. Mariani pled guilty to the charges of organized gambling.

2. That Mr. Mariani was incarcerated for 47 months and given three (3) years probation and has presently completed approximately two (2) years of his three (3) years of probation.

3. He presently is employed as a mortgage loan officer, in Fort Lauderdale for Colonial Mortgage Lending, Inc.

4. On or about December 2004, his request to visit his family in New York was granted and his travel was without incident.

5. That he has prepaid a vacation package at the Atlantis Hotel, Paradise Island, Bahamas and airplane tickets for his wife and himself. Exhibit "A," attached hereto and made a part

<u>United States of America v. Nick Mariani</u>
Case No. 00-6088CR-UUB
Page 2 of 2

hereof. When he notified his probation officer of the pending trip and sought his permission, Officer Steven G. Aasterud said, although he had no objection to Mr. Mariani traveling, because it was international, he did not have the authority to approve said travel, and that he would have to seek the permission of the Court.

WHEREFORE, Nick Mariani requests permission to travel to the Atlantis Hotel, Paradise Island, Bahamas from Friday, May 13, 2005 to Sunday, May 15, 2005.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this ____ day of April, 2004 to: Mr. Ditto, Assistant U.S. Attorney, U.S. Attorneys' Office, 99 N.E. 4th Street, Miami, Florida 33132-2111.

Law Offices of David M. Goldstein, P.A.
*Attorneys for Nicholas Mariani*
200 S. Biscayne Boulevard
Suite 1880, Wachovia Financial Center
Miami, FL 33131
Telephone: (305) 372-3535
Fax: (305) 577-8232

By: _____
DAVID M. GOLDSTEIN
Florida Bar No. 156003