UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6088-CR-UNGARO-BENAGES

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

NICHOLAS MARIANI,
    Defendant.
_____/

## ORDER REQUIRING RESPONSES

**THIS CAUSE** is before the Court upon Defendant Nichlas Mariani's Motion for Permission to Travel, filed April 20, 2005. [DE #426]

**THE COURT** having considered the Motion, the pertinent portions of the records and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that both, the United States Attorney's Office and the United States Probation Service shall file responses stating their positions and the reasons that support them by **5 pm. on May 2, 2005.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 22 day of April, 2005.

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

CC: Counsel of record.
U. S. A. O.
U.S. Probation Service.