UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6088-CR-UUB

UNITED STATES OF AMERICA,

    Plaintiff.

    v.

NICHOLAS MARIANI,

    Defendant.

_____/

NIGHT BOX FILED
APR 29 2005
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

### GOVERNMENT'S REPLY TO DEFENDANT'S MOTION TO TRAVEL

Comes now the United States and files its response to the Defendant's Motion for Travel.

The Government has discussed this matter with the United States Probation Office. According to the Probation Office the Defendant is adjusting well to supervised release and does not pose a serious risk of flight should he take his planned vacation to the Bahamas. Accordingly, the Government does not object to the Court granting the Defendant's motion to travel.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

BY: _____
MICHAEL J. DITTOE
ASSISTANT UNITED STATES ATTORNEY
Court I.D. #A55000209
500 East Broward Blvd., Suite 700
Fort Lauderdale, FL 33394
Telephone: (954) 356-7392
Fax: (954) 356-7230



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this 29th day of April 2005, to

David M. Goldstein, P.A.
200 S. Biscayne Blvd.
Suite 1880
Wachovia Financial Center
Miami, FL. 33131

_____
MICHAEL J. DITTOE
ASSISTANT U.S. ATTORNEY