UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6088-CR-UNGARO-BENAGES

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

NICHOLAS MARIANI,
    Defendant.
_____/

FILED by _____ D.C.
INTAKE
MAY -3 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER GRANTING UNOPPOSED MOTION TO TRAVEL

**THIS CAUSE** is before the Court upon Defendant Nicholas Mariani's unopposed Motion for Permission to Travel, filed April 20, 2005. [DE #426]

**THE COURT** having considered the Motion, the pertinent portions of the records and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that Defendant's Motion is GRANTED.

**DONE AND ORDERED** in Chambers at Miami, Florida, this __2__ day of May, 2005.

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

CC: Counsel of record.
U. S. A. O.
U.S. Probation Service.